# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN - 4 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>Victoria Marie Esther Guerra (02),<br><br>            Defendant. | CASE NO. 10CR3892-W<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) of the Indictment:21 USC 952,960 & 963:21 USC 952 & 960:18 USC 2.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/4/11

_____
Thomas J. Whelan
UNITED STATES DISTRICT JUDGE